_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUL 25 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 12 - 397 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| CRISANTA JONES, | ) | |
| Defendant. | ) | |

Offense charged:     Illegal alien, found unlawfully in United States after deportation

Date of Detention Hearing:     July 25, 2012.

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

        1.     Defendant is a citizen of Mexico, and is present in this country illegally,

DETENTION ORDER
PAGE -1

01 according to records of the U.S. Marshal and the Bureau of Immigration and Customs

02 Enforcement.

03     2.      There is an immigration detainer pending against defendant. The issue of her

04 release on this charge is therefore essentially moot.

05     3.      Upon advice of counsel, defendant declined to be interviewed by this court's

06 pretrial services officer. The court therefore has very limited additional information about

07 defendant.

08     4.      Defendant's criminal record includes failures to appear in 2008 and 2009, and

09 a failure to comply with probation conditions.

10     5.      Defendant appears to have used at least three different names.

11     6.      Defendant and her counsel did not oppose the entry of an order of detention.

12     7.      There does not appear to be any condition or combination of conditions that

13 will reasonably assure the defendant's appearance at future Court hearings while addressing

14 the danger to other persons or the community.

15 It is therefore ORDERED:

16    1. Defendant shall be detained pending trial and committed to the custody of the

17       Attorney General for confinement in a correction facility separate, to the extent

18       practicable, from persons awaiting or serving sentences or being held in custody

19       pending appeal;

20    2. Defendant shall be afforded reasonable opportunity for private consultation with

21       counsel;

22    3. On order of the United States or on request of an attorney for the Government, the

01     person in charge of the corrections facility in which defendant is confined shall deliver

02     the defendant to a United States Marshal for the purpose of an appearance in

03     connection with a court proceeding; and

04   4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

05     for the defendant, to the United States Marshal, and to the United State Pretrial

06     Services Officer.

07     DATED this _25_ day of July, 2012.

08

09                            John L. Weinberg
                           United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22